JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC
SBN# 8478
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiff*

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        SEP 1 2 2018

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAURA CONKLIN, an individual;

    Plaintiff,

v.

CITY OF RENO, a municipality; CITY OF RENO ex. Rel. its DEPARTMENT of POLICE, a municipality; DAVE EVANS, in his individual and official capacities; SCOTT SHAW, in his individual and official capacities; and DOES 1 through 10 inclusive.

    Defendant.

CASE NO.: 3:18-cv-00260-MMD-CBC

**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**[FIRST REQUEST]**

    Plaintiff LAURA CONKLIN ("Plaintiff"), and Defendants CITY OF RENO, SCOTT SHAW, and DAVE EVANS (Collectively "Defendants") by and through their respective attorneys of record, hereby stipulate to and request that the Court reschedule the Case Management Conference currently set for Friday, September 21, 2018 pursuant to the Order Setting Case Management Conference (ECF No. 18), **to Thursday, September 27, 2018 at 9:00a.m.** This is the first stipulation to reschedule the Case Management Conference. This request is made in good faith and not to cause unnecessary delay.

Dated: September 12, 2018.

Respectfully submitted,

*/s/ Jason D. Guinasso, Esq.*
**HUTCHISON & STEFFEN, PLLC**
Jason D. Guinasso, Esq.

Attorney for Plaintiff
Laura Conklin

Dated: September 12, 2018.

Respectfully submitted,

*/s/ Mark W. Dunagan, Esq.*
**KARL S. HALL, RENO CITY ATTORNEY**
Mark W. Dunagan, Esq., Deputy City Attorney

Attorneys for Defendant City of Reno, Scott Shaw and David Evans

**IT IS SO ORDERED.**

Dated this 12th day of September, 2018.

_____
United States Magistrate Judge

2.