### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LAURA CONKLIN, | 3:18-cv-00260-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 7, 2019 |
| CITY OF RENO, a municipality, *et al.*, | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 7, 2019, the parties resumed settlement discussions during the continued Early Neutral Evaluation of this case. (ECF No. 40.)  The parties agreed to continue with informal settlement discussions but will return to a resumption of the Early Neutral Evaluation on **Wednesday, March 6, 2019, at 9:00 a.m.**

On or before close of business on March 4, 2019, the parties shall deliver to the Chambers of the Honorable William G. Cobb a joint interim report on the status of the parties' settlement discussions.  A Reno City Council member is not required to attend the resumption of the Early Neutral Evaluation on March 6, 2019.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
         Deputy Clerk