JASON D. GUINASSO, ESQ.
HUTCHISON & STEFFEN, PLLC
SBN# 8478
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAURA CONKLIN, an individual;

    Plaintiff,

vs.

CITY OF RENO, a municipality; CITY OF RENO ex. Rel. its DEPARTMENT of POLICE, a municipality; DAVE EVANS, in his individual and official capacities; SCOTT SHAW, in his individual and official capacities; and DOES 1 through 10 inclusive.

    Defendant.

Case No. 3:18-cv-00260-MMD-CBC

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff, LAURA CONKLIN and Defendants, CITY OF RENO, a municipality, DAVE EVANS, an individual, and SCOTT SHAW, an individual (Collectively "Defendants"), by and through their attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own costs and attorney's fees.

Dated: March 21, 2019.                    Dated: March 21, 2019.

Respectfully submitted,                    Respectfully submitted,

*/s/ Jason D. Guinasso, Esq.*              */s/ Mark W. Dunagan, Esq.*
**HUTCHISON & STEFFEN, PLLC**              **KARL S. HALL, RENO CITY ATTORNEY**
Jason D. Guinasso, Esq.                    Mark W. Dunagan, Esq., Deputy City Attorney
Attorney for Plaintiff                     Attorneys for Defendant City of Reno, Scott Shaw
Laura Conklin                              and David Evans

**IT IS SO ORDERED.**

Dated this 25th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE